UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD, | CASE NO. C18-0964-JCC |
| Plaintiff, | ORDER |
| v. | |
| MECHELLE WOODS, *et al.*, | |
| Defendants. | |

The Court, having reviewed the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's motion to dismiss the complaint, and the remaining record, hereby ORDERS:

1. Plaintiff neither responded to Defendants' motion for summary judgment (Dkt. No. 16), nor filed objections to Judge Tsuchida's report and recommendation (Dkt. No. 20) that recommends that the Court dismiss the complaint with prejudice. Under the circumstances, Plaintiff's motion to dismiss the case without prejudice (Dkt. No. 21) is DENIED. *See* Fed. R. Civ. P. 41(a)(2).

2. The Court ADOPTS the report and recommendation (Dkt. No. 20).

3. Defendants' motion for summary judgment (Dkt. No. 16) is GRANTED. Plaintiff's claims are DISMISSED with prejudice.

4. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Tsuchida.

DATED this 13th day of May 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE